UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-CV-_____

| | |
|---|---|
| MARJORIE C. MACLEOD,     Plaintiff, | ))) |
| vs. | )) |
| TOWN OF HULL and PAUL PAQUIN, PAUL EPSTEIN, SEAN BANNEN, LOU SORGI, JENNIFER STONE, and TAMMY BEST, as they are members of the Conservation Commission of the Town of Hull,     Defendants. | )))))) |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
<u>28 U.S.C. § 1441(a)</u>**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Hull, Paul Paquin, Paul Epstein, Sean Bannen, Lou Sorgi, Jennifer Stone, and Tammy Best, as they are members of the Conservation Commission of the Town of Hull, respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth, and for their Notice of Removal state as follows:

1. The petitioners are named as defendants by the plaintiff, Marjorie C. Macleod, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth, entitled <u>Marjorie C. MacLeod vs. Town of Hull, et al.</u>, Plymouth Superior Court, C.A. No. 2083CV00817A. On December 9, 2020 and December 11, 2020, the plaintiff served Summonses and copies of the Petition for Certiorari and Complaint ("Complaint") upon the defendants. Copies of the Summonses and Complaint served upon defendants are attached

hereto as Exhibits "A," "B" and "C," respectively.  The petitioners have not yet answered or otherwise responded to said Summonses and Complaint.

2. This is a suit of a wholly civil nature brought in a Massachusetts state court.  The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth and, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In Count III of the Complaint, plaintiff alleges that defendants' acts and omissions constitute a taking of property without just compensation in violation of the United States Constitution.

4. In Count IV of the Complaint, plaintiff alleges that defendants deprived her of her due process rights in violation of the United States Constitution.

5. Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

6. The petitioners are filing this Notice of Removal within thirty (30) days of service of the Summonses and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition.  See 28 U.S.C. § 1446.

7. The petitioners will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Plymouth.

8. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Plymouth, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, petitioners, Town of Hull, Paul Paquin, Paul Epstein, Sean Bannen, Lou Sorgi, Jennifer Stone, and Tammy Best, as they are members of the Conservation Commission of the Town of Hull, pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Plymouth County be removed from that Court to this United States District Court.

>The Defendants,
>TOWN OF HULL and PAUL PAQUIN, PAUL EPSTEIN, SEAN BANNEN, LOU SORGI, JENNIFER STONE and TAMMY BEST, as they are members of the Conservation Commission of the Town of Hull,
>
>By their Attorneys,
>**PIERCE DAVIS & PERRITANO** LLP
>
>*/s/ John J. Davis*
>_____
>John J. Davis, BBO #115890
>10 Post Office Square, Suite 1100N
>Boston, MA 02109
>(617) 350-0950
>jdavis@piercedavis.com

Dated: January 8, 2021

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 8, 2021.

>*/s/ John J. Davis*
>_____
>John J. Davis, Esq.